No. 97–8671. BUNN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8679. FLOREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8680. HEINSOHN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8682. FIGUEROA-LOPEZ, AKA LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8684. ROTHWELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8687. LIPORACE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–8697. LEANDRE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–8699. CUNNINGHAM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8704. HARMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8705. HALPIN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97–8714. LUSSIER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8716. McGHEE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8719. ESPIRITU VILLEGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8720. BROWN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–8725. BERRY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.